# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

CORBIN JASON HERRELL,　　　　　　　　　　　　　　PLAINTIFF
ADC #160774

v.　　　　　　　　No. 2:21-cv-27-DPM-JTK

GREGORY RECHCIGL, Health Services
Administrator, EARU;   RORY GRIFFIN,
Director;   ANTHONY JACKSON, Deputy
Warden, EARU;   and BROWN, Nurse　　　　　　　DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Herrell hasn't paid the $402 filing and administrative fees or filed a completed *in forma pauperis* application;  and the time to do so has passed.  *Doc. 3.*  His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 May 2021