IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CORBIN JASON HERRELL,                                    PLAINTIFF
ADC #160774

v.                          No. 2:21-cv-27-DPM-JTK

GREGORY RECHCIGL, Health Services
Administrator, EARU;   RORY GRIFFIN,
Director;   ANTHONY JACKSON, Deputy
Warden, EARU;   and BROWN, Nurse                         DEFENDANTS

## JUDGMENT

Herrell's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 May 2021